IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR503 |
| v. | ) | |
| ANTONIO FRANCISCO GOODWIN, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's unopposed motion for additional time (Filing No. 25) in which to file statements of objections to the magistrate's report and recommendation (Filing No. 23). For good cause shown, the motion will be granted.

IT IS ORDERED that defendant is granted additional time until and including June 10, 2005, in which to file any statements of objections.

DATED this 20th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge